IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SAMUEL PLAIN, JR.; et al.                                                          PLAINTIFFS

V.                                                                    NO: 3:25-CV-00368-GHD-RP

JUSTICE NETWORK, INC.; et al.                                                      DEFENDANTS

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Pursuant to an opinion entered this date, it is hereby ORDERED:

(1) the Defendant Justice Network, Inc.'s motion to dismiss [6] is GRANTED;

(2) the Plaintiffs' claims against Justice Network, Inc. are DISMISSED WITH PREJUDICE and it is dismissed as a Defendant in this action;

(3) the Plaintiffs' motion for adverse inference [9] against Justice Network, Inc. is DENIED; and

(4) the Plaintiffs' claims against the remaining Defendants are not affected by this Order.

SO ORDERED, this, the 13th day of July, 2026.

_____
SENIOR U.S. DISTRICT JUDGE