IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SAMUEL PLAIN, JR.; et al. PLAINTIFFS

v. CIVIL ACTION NO. 3:25-cv-00368-GHD-RP

JUSTICE NETWORK, INC.; et al. DEFENDANTS

**ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and records in this action, the Court finds that the Report and Recommendation [20] of the United States Magistrate Judge dated September 28, 2026, regarding the dismissal of this matter for failure to properly and timely serve process, was on that date duly served upon the *pro se* Plaintiff; the Plaintiff has submitted a timely objection to the Report and Recommendation [23].

For the reasons aptly set forth in the Magistrate Judge's Report and Recommendation, the Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. The Plaintiff, proceeding *pro se*, filed his complaint in this matter on December 29, 2025 [1]. In the Complaint, the Plaintiff asserts claims against five Defendants, one of whom (Justice Network) has been dismissed [16, 17]. As for the remaining four Defendants ("Mississippi Department of Children Service" and three individuals), the Plaintiff has filed multiple purported proofs of service of process [13, 15, 19, 21, 24], none of which adequately demonstrate that timely and proper service of process has been effected upon any of the Defendants.

In a recent order, the Court extended the Plaintiff's time to serve process until September 1, 2026, and warned "[i]f proper service of process is not accomplished by that date, the Court shall dismiss this matter without prejudice." [18] The Plaintiff has not met that burden because

his proofs of service fail to establish that he properly served any of the Defendants by September 1, 2026.

The burden of proof is on the Plaintiff to show that service is valid. *Sys. Signs Supplies v. U.S. Dep't Justice*, 903 F. 2d 1011, 1013 (5th Cir. 1990). When service has not been made within the time required a court "may, in its discretion, decide whether to dismiss the case without prejudice or extend time for service." *Thompson v. Brown*, 91 F.3d 20, 21 (5th Cir. 1996). Because the Plaintiff has failed to establish proper timely service under federal or Mississippi law, and the time for effective service has expired, the Plaintiff's remaining claims face dismissal. Despite the *pro se* Plaintiff's seemingly good faith effort to effect proper service upon the remaining Defendants, the Court finds it proper to dismiss this matter without prejudice.

Accordingly, the Court shall approve and adopt the Magistrate Judge's Report and Recommendation as the opinion of the Court and shall dismiss this action without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The Court therefore **ORDERS** the following:

1) the Report and Recommendation [20] of the United States Magistrate Judge dated September 28, 2026, is hereby approved and adopted as the opinion of the Court;

2) the Plaintiff's motion for entry of default [22] is DENIED;

3) the Plaintiff's claims are hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and

4) this case is CLOSED.

SO ORDERED, this, the 28th day of October, 2026.

[signature]

SENIOR U.S. DISTRICT JUDGE